NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

AUG 22 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-10012 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00113-KJM-DB-1 |
| v. | |
| MIGUEL SOTELO, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted August 15, 2023[**]

Before:    TASHIMA, S.R. THOMAS, and FORREST, Circuit Judges.

Miguel Sotelo appeals from the district court's judgment and challenges his

guilty-plea conviction and 132-month sentence for possession with intent to

distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Sotelo's counsel has filed a brief stating

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sotelo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Sotelo waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal, with the exception of standard conditions 4, 5, and 13, which are unconstitutionally vague. *See United States v. Evans*, 883 F.3d 1154, 1162-64 (9th Cir. 2018); *see also Watson*, 582 F.3d at 977 (appeal waiver does not bar a constitutional challenge to a supervised release condition). We remand for the district court to strike or modify these conditions consistent with our opinion in *Evans*. *See United States v. Ped*, 943 F.3d 427, 434 (9th Cir. 2019).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED with instructions.**